IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEAN PROPERTIES, LLC <br><br> and <br><br> JAMES V. DEAN <br><br> and <br><br> MARLA D. DEAN <br><br> *Plaintiffs*, <br><br> v. <br><br> SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL LTD <br><br> and <br><br> DAVID B. KAPLAN <br><br> *Defendants*. | Case No. 1:16-CV-00050-LO-TCB |

## CONSENT JUDGMENT ORDER

By the agreement of the parties, and it appearing proper to do so, the Court hereby ORDERS that the Plaintiff, Dean Properties, LLC, have judgment against the Defendants, Synchronized Organizational Solutions International Ltd. and David B. Kaplan, jointly and severally, in the amount of Three Million Nine Hundred Seventy Thousand and 00/100 Dollars ($3,970,000.00), plus attorney's fees of One Hundred Ten Thousand and 00/100 Dollars ($110,000.00), for a total judgment amount of Four Million Eighty Thousand and 00/100 Dollars

(4,080,000.00), plus post-judgment interest from the date of entry of this Consent Judgment Order at the rate of 6% per year.

In connection with the entry of this Consent Judgment Order, the Defendant, David B. Kaplan, has not been adjudicated to have committed fraud or any other wrongdoing.

The Clerk is directed to enter this Consent Judgment.

This case shall be removed from the Court's active docket, without prejudice to such post-judgment collection proceedings as may be appropriate.

ENTERED this 21st day of June, 2016.

/s/ Liam O'Grady
~~Liam O'United States District Judge~~
United States District Judge

Prepared by:

Kevin W. Holt (VSB No. 42866)
GENTRY LOCKE
900 Sun Trust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
holt@gentrylocke.com

*Counsel for Plaintiffs*

12515/2/7590071v3

Seen and Agreed:

_/s/ Matthew B. Kaplan_

Matthew B. Kaplan (VSB No. 51027)
The Kaplan Law Firm
509 N. Jefferson Street
Arlington, VA 22205
Phone: (703) 665-9529
Fax: (888) 958-1366
mbkaplan@thekaplanlawfirm.com

*Counsel for Defendants*


Seen and Agreed:


**SYNCHRONIZED ORGANIZATIONAL
SOLUTIONS INTERNATIONAL LTD.**

By: _DAVID B. KAPLAN_

Its: _DIRECTOR_


_David B. Kaplan_
David B. Kaplan


*Defendants*

Seen and Agreed:


_____
Matthew B. Kaplan (VSB No. 51027)
The Kaplan Law Firm
509 N. Jefferson Street
Arlington, VA 22205
Phone: (703) 665-9529
Fax: (888) 958-1366
mbkaplan@thekaplanlawfirm.com

*Counsel for Defendants*


Seen and Agreed:


**SYNCHRONIZED ORGANIZATIONAL SOLUTIONS INTERNATIONAL LTD.**

By: *DAVID B. KAPLAN*

Its: *DIRECTOR*

_____
David B. Kaplan


*Defendants*